——————— v. Gaston.

[52]    ——————— v. GASTON.

An action to recover the penalty for trading with slaves should be *qui tam* on the act, and the judgment not vary from the penalty.

*Certiorari* to Justice Hunt.

This was an action of debt, to recover the penalty for trading with Gaston's negro. The justice gave judgment for £4 1s. 6d., in favor of Gaston.

PER CURIAM. Reverse the judgment. The action should have been *qui tam* on the act, and the judgment only for the penalty of 20s., to the use of the poor, &c. (a)

(a) Act for regulating slaves, *Anno* 1713–14.

---

HULSHART v. HART, ADMINISTRATOR OF HUDDY.

A bare allegation of interest shall not deprive a man of the benefit of his witnesses. It must be proved on the *voir dire*.

*Certiorari* to Justice Hendrickson.

The defendant offered five witnesses, who, being objected to as interested, refused to answer on oath as to their interest, and were not sworn on their *voir dire*, or proved to be interested; but the justice rejected them.

PER CURIAM. The defendant ought not to lose the benefit of his witnesses on bare allegation of interest; it must be proved by witnesses, or on their *voir dire*.

Reverse the judgment.